IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.                                      Case Number: 1:12-cv-00758-KBM-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    Defendant.

## DEFENDANT TESLA MOTORS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Tesla Motors, Inc. makes the following disclosure:

Defendant Tesla Motors, Inc. is a nongovernmental corporate party to the present action. It has no parent company and is a publicly traded company. No publicly traded corporation owns 10% or more of the stock of Tesla Motors, Inc.'s stock.

                Respectfully submitted by,

                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                By: *"Electronically Filed" /s/ Andrew G. Schultz* .
                      Andrew G. Schultz
                      Nicholas Sydow
P.O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:    aschultz@rodey.com
            nsydow@rodey.com

*Attorneys for Defendant Tesla Motors, Inc.*

- 2 -

We hereby certify that a true copy
of the foregoing was mailed to the
following counsel of record:

>Christopher M. Pacheco
>LeeAnn Werbelow
>Lastrapes, Spangler & Pacheco, P.A.
>P.O. Box 15698
>Rio Rancho, NM  87174

this  **13th**  of  July, 2012.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By      */s/ Andrew G Schultz*                                  .
>Andrew G. Schultz

- 2 -