IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.                                      Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    Defendant.

### NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendant Tesla Motors, Inc. notifies the Court that briefing is complete on Defendant Tesla Motors, Inc.'s Motion for Partial Dismissal. The entire briefing consists of the following:

1. Defendant Tesla Motors, Inc.'s Motion for Partial Dismissal [Doc. 14], filed October 16, 2012;

2. Plaintiff's Response to Defendant's Motion to Dismiss and Memorandum of Points and Authorities in Support [Doc. 15], filed October 29, 2012; and

3. Defendant Tesla Motors, Inc.'s Reply In Support of its Motion for Partial Dismissal [Doc. 17], filed November 15, 2012.

The briefing is now complete, and the Motion for Partial Dismissal is ready for decision.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By:   *"Electronically Filed" /s/ Andrew G. Schultz*   .
    Andrew G. Schultz
    Nicholas Sydow
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:   aschultz@rodey.com
          nsydow@rodey.com

*Attorneys for Defendant Tesla Motors, Inc.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2012, the foregoing *Notice of Completion of Briefing* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

    Christopher M. Pacheco
    LeeAnn Werbelow
    Lastrapes, Spangler & Pacheco, P.A.
    P.O. Box 15698
    Rio Rancho, NM  87174
    cp@lsplegal.com
    lw@lsplegal.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By   */s/ Andrew G Schultz*   .
    Andrew G. Schultz