IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

      Defendant.

## CERTIFICATE

I hereby certify that Plaintiff's Rule 26(a)(2) Expert Disclosure, Expert Report and Certificate were mailed to Tesla Motors, Inc., c/o Andy Schultz, Rodey, Dickason, Sloan, Akin & Robb, PA, P.O. Box 1888, Albuquerque, New Mexico 87103-1888 on November 19, 2012.

LASTRAPES, SPANGLER & PACHECO, P.A.

By: _____
Christopher M. Pacheco
LeeAnn Werbelow
Attorneys for Plaintiff
P.O. Box 15698
Rio Rancho, New Mexico 87174
Telephone: 505/892-3607
Facsimile: 505/892-1864