IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

      Plaintiff,

vs.                              Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

      Defendant.

## CERTIFICATE OF SERVICE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certifies that on the **29th** day of November, 2012, Defendant Tesla Motors, Inc. mailed the original and one copy of the following documents:

1.     Defendant Tesla Motors, Inc.'s First Set of Interrogatories to Plaintiff; and

2.     Defendant Tesla Motors, Inc.'s First Set of Requests for Production to Plaintiff

to the following counsel of record:

                Christopher M. Pacheco
                LeeAnn Werbelow
                Lastrapes, Spangler & Pacheco, P.A.
                P.O. Box 15698
                Rio Rancho, NM  87174

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   *"Electronically Filed" /s/ Andrew G. Schultz*     .
       Andrew G. Schultz
       Nicholas Sydow
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:     aschultz@rodey.com
            nsydow@rodey.com

*Attorneys for Defendant Tesla Motors, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November **29**, 2012, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

      Christopher M. Pacheco
      LeeAnn Werbelow
      Lastrapes, Spangler & Pacheco, P.A.
      P.O. Box 15698
      Rio Rancho, NM  87174
      cp@lsplegal.com
      lw@lsplegal.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     */s/ Andrew G Schultz*                         .
      Andrew G. Schultz