IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

     Plaintiff,

vs.                                Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

     Defendant.

## CERTIFICATE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certified that on the 12th day of December, 2012, Plaintiff Rio Real Estate Investment Opportunities, LLC emailed an electronic version and mailed the original and one copy of the following documents:

1. Plaintiff Rio Real Estate Investment Opportunities, LLC, First Set of Interrogatories to Defendant;

2. Plaintiff Rio Real Estate Investment Opportunities, LLC, First Request of Documents to Defendant; and

3. Plaintiff Rio Real Estate Investment Opportunities, LLC, First Set of Admissions to Defendant

to the following counsel of record:

     **Andrew Schultz**
     **Rodey, Dickason, Sloan, Akin & Robb, PA**
     **P.O. Box 1888**
     **Albuquerque, New Mexico 87103-1888**

**LASTRAPES, SPANGLER & PACHECO, P.A.**

By: _____
Christopher M. Pacheco
LeeAnn Werbelow
Attorneys for Plaintiff
P.O. Box 15698
Rio Rancho, New Mexico 87174
Telephone: 505/892-3607
Facsimile: 505/892-1864

The undersigned hereby certify that on December 12, 2012, the foregoing Certificate of Service was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

**Andrew Schultz**
**Rodey, Dickason, Sloan, Akin & Robb, PA**
**P.O. Box 1888**
**Albuquerque, New Mexico 87103-1888**

LASTRAPES, SPANGLER & PACHECO, P.A.

By: _____
Christopher M. Pacheco