IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    **Plaintiff,**

vs.                                                   Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    **Defendant.**

## CERTIFICATE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certified that on the 23rd day of January, 2013, Plaintiff Rio Real Estate Investment Opportunities, LLC emailed an electronic version and mailed the original of the following documents:

1. Rio Real Estate Investment Opportunities, LLC's Response to Tesla Motors, Inc.'s First Set of Request for Production to Plaintiff;

2. Rio Real Estate Investment Opportunities, LLC's Response to Tesla Motors, Inc.'s First Set of Interrogatories to Plaintiff;

to the following counsel of record:

                        Andrew Schultz
                        Rodey, Dickason, Sloan, Akin & Robb, PA
                        P.O. Box 1888
                        Albuquerque, NM 87103-1888

**LASTRAPES, SPANGLER & PACHECO, P.A.**

By: _____
Christopher M. Pacheco
LeeAnn Werbelow
Attorneys for Plaintiff
P.O. Box 15698
Rio Rancho, New Mexico 87174
Telephone: 505/892-3607
Facsimile: 505/892-1864

The undersigned hereby certifies that on January 23, 2013, the foregoing Certificate of Service was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

> **Andrew Schultz**
> **Rodey, Dickason, Sloan, Akin & Robb, PA**
> **P.O. Box 1888**
> **Albuquerque, NM 87103-1888**

**LASTRAPES, SPANGLER & PACHECO, P.A.**

By: _____
Christopher M. Pacheco