IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.                                          Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    Defendant.

## CERTIFICATE OF SERVICE

Pursuant to D.N.M.LR-Civ. 26.2, the undersigned certifies that on the **8th** day of February, 2013, Defendant Tesla Motors, Inc. mailed the original of the following documents:

1. Defendant's Answers to Plaintiff's First Set of Interrogatories to Defendant;

2. Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents to Defendant; and

3. Defendant's Responses to Plaintiff's First Set of Request for Admission to Defendant;

to the following counsel of record:

        Christopher M. Pacheco
        LeeAnn Werbelow
        Lastrapes, Spangler & Pacheco, P.A.
        P.O. Box 15698
        Rio Rancho, NM  87174

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   *"Electronically Filed" /s/ Andrew G. Schultz*  .
      Andrew G. Schultz
      Nicholas Sydow
P.O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:   aschultz@rodey.com
        nsydow@rodey.com

*Attorneys for Defendant Tesla Motors, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February **8**, 2013, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

    Christopher M. Pacheco
    LeeAnn Werbelow
    Lastrapes, Spangler & Pacheco, P.A.
    P.O. Box 15698
    Rio Rancho, NM  87174
    cp@lsplegal.com
    lw@lsplegal.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    */s/ Andrew G Schultz*             .
      Andrew G. Schultz