IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

      Plaintiff,

v.                                  Civ. No. 12-758 JAP/ACT

TESLA MOTORS, INC., a Delaware
corporation,

      Defendant.

## ORDER AMENDING CASE MANAGEMENT DEADLINES
## AND RESCHEDULING RULE 16 SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court on the parties' Joint Motion to Amend Case Management Deadlines and to reschedule the Rule 16 Settlement Conference [Doc. 12]. The Court finds the Motion is well taken and the Case Management Deadlines and Rule 16 Settlement Conference will be amended and rescheduled as follows:

| | | |
|---|---|---|
| a) | Termination date for discovery: | **March 29, 2013** |
| b) | Motions relating to discovery to be filed by: | **April 8, 2013** |
| c) | Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) filed by: | **April 12, 2013** |

In addition, the Rule 16 Settlement Conference currently scheduled for Thursday, March 7, 2013, is VACATED, and rescheduled for **Thursday, May 23, 2013**. Counsel are instructed to refer to the original Order Scheduling Rule 16 Settlement Conference [Doc. No. 12] for deadlines and instructions

      IT IS SO ORDERED.

_____
**ALAN C. TORGERSON**
**United States Magistrate Judge**