IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.                                Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    Defendant.

## NOTICE TO TAKE DEPOSITION OF ELON MUSK

TO:    Elon Musk
c/o Andrew G. Schultz
Rodey, Dickason, Sloan, Akin & Robb, PA
P.O. Box 1888
Albuquerque, New Mexico 87103-1888

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff Rio Real Estate Investment Opportunities, LLC, will take the Deposition of Elon Musk beginning at 9:00 a.m. on March 20, 2013 at the offices of Tesla Motors, Inc., 3500 Deer Creek Road, Palo Alto, CA 94304 before a certified court reporter. The Deposition so taken may be used at trial pursuant to Fed.R.Civ.Pro. 32.

                                            **LASTRAPES, SPANGLER & PACHECO, P.A.**

                                            By: _____
                                              Christopher M. Pacheco
                                              LeeAnn Werbelow
                                              Attorneys for Plaintiff
                                              P. O. Box 15698
                                              Rio Rancho, New Mexico 87174
                                              Telephone: (505) 892-3607

I hereby certify that a true and correct copy of the foregoing was mailed by electronic mail and United States mail to counsel of record on this 28th day of February, 2013.

_____
Christopher M. Pacheco