IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

      Plaintiff,

vs.                                Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

      Defendant.

## NOTICE TO TAKE DEPOSITION OF YANNICK ROUX

TO:    Yannick Roux
         c/o Andrew G. Schultz
         Rodey, Dickason, Sloan, Akin & Robb, PA
         P.O. Box 1888
         Albuquerque, New Mexico 87103-1888

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff Rio Real Estate Investment Opportunities, LLC, will take the Deposition of Yannick Roux beginning at 9:00 a.m. on March 18, 2013 at the offices of Tesla Motors, Inc., 3500 Deer Creek Road, Palo Alto, CA 94304 before a certified court reporter. The Deposition so taken may be used at trial pursuant to Fed.R.Civ.Pro. 32.

                                              LASTRAPES, SPANGLER & PACHECO, P.A.

                                              By: _____
                                                Christopher M. Pacheco
                                                 LeeAnn Werbelow
                                                 Attorneys for Plaintiff
                                                 P. O. Box 15698
                                                 Rio Rancho, New Mexico 87174
                                                 Telephone: (505) 892-3607

I hereby certify that a true and correct copy of the foregoing was mailed by electronic mail and United States mail to counsel of record on this 25th day of February, 2013.

_____
Christopher M. Pacheco