IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.

                                                      Civ. No. 12-758 JP/ACT

TESTLA MOTORS, INC., a Delaware
corporation,

    Defendant.

## ORDER OF PARTIAL DISMISSAL

Having entered a MEMORANDUM OPINION AND ORDER granting DEFENDANT TESLA MOTIORS [sic], INC.'S MOTION FOR PARTIAL DISMISSAL (Doc. No. 14) contemporaneously with this ORDER OF PARTIAL DISMISSAL,

IT IS ORDERED that:

1. Counts I and IV of the COMPLAINT FOR BREACH OF CONTRACT, NEGLIGENT MISREPRESENTATION, FRAUD AND BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING (Doc. No. 1-1) are dismissed with prejudice; and

2. Count III of the COMPLAINT FOR BREACH OF CONTRACT, NEGLIGENT MISREPRESENTATION, FRAUD AND BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING (Doc. No. 1-1) is dismissed without prejudice.

_____
SENIOR UNITED STATES DISTRICT COURT JUDGE