IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

      Plaintiff,

vs.                                               Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

      Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

**COME NOW,** Rio Real Estate Investment Opportunities, LLC, by and through its attorneys, Lastrapes, Spangler & Pacheco, P.A. (Christopher M. Pacheco), and Tesla Motors, Inc., by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, P.A., LLC (Andrew Schultz), and move the Court for an Order of Dismissal with Prejudice of the above captioned action. As grounds for this Motion, the parties state:

    1.    The parties have reached a settlement.

    2.    Plaintiff no longer wishes to pursue this suit and wishes to dismiss all claims with prejudice.

    3.    Defendant concurs and stipulates to this Motion.

WHEREFORE, the parties ask that they be allowed to dismiss this action with prejudice and for such other relief as the Court deems just proper.

Respectfully submitted,

LASTRAPES, SPANGLER & PACHECO, P.A.

By: */s/ Christopher M. Pacheco*
   Christopher M. Pacheco
   LeeAnn Werbelow
   Attorneys for Rio Real Estate Investment
   Opportunities, LLC
   P.O. Box 15698
   Rio Rancho, New Mexico 87174
   Telephone: (505) 892-3607
   Facsimile: (505) 892-1864

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Andrew G. Schultz*
   Andrew G. Schultz
   Attorneys for Tesla Motors, Inc.
   P.O. Box 1888
   Albuquerque, NM 87103
   Telephone: (505) 765-5900 (direct)
   Facsimile: (505) 768-7395 (fax)