IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RIO REAL ESTATE INVESTMENT
OPPORTUNITIES, LLC, a New Mexico
limited liability company,

    Plaintiff,

vs.                                                Case Number: 1:12-cv-00758-JAP-ACT

TESLA MOTORS, INC., a Delaware
corporation,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW,** Rio Real Estate Investment Opportunities, LLC and Tesla Motors, Inc., by and through their undersigned counsel, and hereby agree to dismiss with prejudice the above captioned and numbered case. Each party shall bear their own costs and attorneys' fees.

**WHEREFORE**, **IT IS HEREBY ORDERED ADJUDED AND DECREED** the above-captioned case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                              _____
                                                              JAMES A. PARKER
                                                              Senior United States District Court Judge

**STIPULATED BY**:

LASTRAPES, SPANGLER & PACHECO, P.A.


By: _____*/s/ Christopher M. Pacheco*_____
    Christopher M. Pacheco
    LeeAnn Werbelow
    Attorneys for Rio Real Estate Investment Opportunities, LLC
    P.O. Box 15698
    Rio Rancho, New Mexico 87174
    Telephone:  (505) 892-3607
    Facsimile:  (505) 892-1864


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By_____*/s/ Andrew G. Schultz*_____.
    Andrew G. Schultz
    Attorneys for Tesla Motors, Inc.
    P.O. Box 1888
    Albuquerque, NM 87103
    Telephone:  (505) 768-7205 (direct)
    Facsimile:   (505) 768-7395 (fax)